**Patricia DREISEWERD,
Respondent/Cross–
Appellant,**

v.

**Cletus DREISEWERD, Appellant/Cross–
Respondent.**

Nos. 72408, 72418.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 24, 1998.

Edward Joseph Grewach, Troy, for appellant.

Gael Davis Wood, Washington, for respondent.

Before CRAHAN, C.J., and RICHARD B. TEITELMAN, J., and ROBERT E. CRIST, Senior Judge.

### *ORDER*

PER CURIAM.

Husband and Wife appeal the judgment modifying their dissolution decree.

We have reviewed the briefs and the record on appeal and find no error of law. A detailed opinion would serve no jurisprudential purpose. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).